IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | | |
|---|---|---|
| **BETTY BOWMAN** | * | |
| **ADC # 707881** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 1:05CV00085  SWW/JFF |
| | * | |
| **LINDA DIXON** | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Proposed Recommended Disposition (docket entry #27) from Magistrate Judge John F. Forster, Jr.  After careful review of the Proposed Recommended Disposition, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Proposed Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety.  Accordingly, the Defendant's Motion for Summary Judgment (docket entry #19) is GRANTED, and is Plaintiff's action is dismissed with prejudice pursuant to 42 U.S.C. Section 1997e.

IT IS SO ORDERED, this 31ST day of July, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE