## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

| | |
|---|---|
| **BETTY BOWMAN** <br> **ADC # 707881** <br><br> **Plaintiff** <br><br> v. <br><br> **LINDA DIXON** <br><br> **Defendants** | <br><br><br><br><br><br> Case No. 1:05CV00085  SWW/JFF |

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE upon Defendant's Motion for Summary Judgment due to Plaintiff's failure to exhaust administrative remedies. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 31ST day of July, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE